■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL TRUXLER, Also Known as KEITH TRUXLER, Appellant. —Judgment, Supreme Court, Bronx County (Walter Schackman, J.), rendered on December 9, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and

agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Ross, Asch and Rosenberger, JJ.